UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26CR202-JRT/SGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 1151<br>18 U.S.C. § 1153(a)<br>18 U.S.C. § 2243(a)<br>18 U.S.C. § 2244(a)(3) |
| v. | |
| GARY LEE MARTIN, SR., | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Sexual Abuse of a Minor)

On or about April 29, 2026, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**GARY LEE MARTIN, SR.,**

an Indian, did knowingly engage, and attempt to engage, in a sexual act, that is the touching of the genital opening of another by a hand or finger, as defined in Title 18, United States Code, Section 2246(2), with Minor Victim 1, a child who was at least four years younger than the defendant, who had attained the age of 12 years, but had not attained the age of 16 years, all in violation of Title 18, United States Code, Sections 2243(a), 1151, and 1153(a).

**COUNT 2**
(Abusive Sexual Contact of a Minor)

On or about April 29, 2026, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**GARY LEE MARTIN, SR.,**

SCANNED LT
NOV - 4 2026
U.S. DISTRICT COURT MPLS

an Indian, did knowingly engage, and attempt to engage, in abusive sexual contact, that is the touching of the breast and buttocks, directly or through the clothing, as defined in Title 18, United States Code, Section 2246(3), with Minor Victim 1, a child who was at least four years younger than the defendant, who had attained the age of 12 years, but had not attained the age of 16 years, all in violation of Title 18, United States Code, Sections 2244(a)(3), 1151, and 1153(a).

FORFEITURE ALLEGATIONS

Upon conviction of either of Counts 1 or 2 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

1. any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;
2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
3. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON